**Ronald Craig FISH, Petitioner-Appellant,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.**

No. 15-73389

United States Court of Appeals, Ninth Circuit.

Submitted October 17, 2017 * San Francisco, California

Filed October 19, 2017

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

Ronald Craig Fish, Pro Se

Gilbert Steven Rothenberg, Esquire, Deputy Assistant Attorney General, Nathaniel S. Pollock, Attorney, Douglas Campbell Rennie, Attorney, Francesca Ugolini, Attorney, DOJ—U.S. Department of Justice, Tax Division/Appellate Section, Robert R. Di Trolio, Esquire, Clerk, U.S. Tax Court, Washington, DC, William J. Wilkins, Chief Counsel, Internal Revenue Service, Washington, DC, for Respondent-Appellee

Before: IKUTA and HURWITZ, Circuit Judges, and MCSHANE,** District Judge.

## MEMORANDUM ***

Ronald Craig Fish deducted losses sustained in his individual retirement account ("IRA") on his 2009 tax return. The IRS disallowed the deduction, determined a deficiency, and imposed an accuracy-related penalty under I.R.C. § 6662. The Tax Court sustained the deficiency and the penalty. We have jurisdiction over Fish's appeal of the Tax Court judgment under I.R.C. § 7482(a)(1) and affirm.

The only issue on appeal is whether Fish may deduct unrelated business taxable income ("UBTI") losses sustained by two partnerships held in an IRA from his personal taxable income.[1] Although IRAs are generally tax-exempt, they are "subject to the taxes imposed by section 511" on UBTI of organizations in which they invest. I.R.C. § 408(e)(1); see I.R.C. § 511. The Tax Code provides that UBTI losses

may be carried forward or backward to deduct against gains within an IRA. See I.R.C. § 512(b)(6); see also Treas. Reg. § 1.512(b)-(1)(e)(1) ("The net operating loss deduction provided in section 172 shall be allowed in computing unrelated business taxable income."). But, the Code does not provide for the pass-through of UBTI losses to an IRA beneficiary's personal tax return. See I.R.C. §§ 511–13. We therefore affirm the judgment of the Tax Court.

**AFFIRMED.**

---

** The Honorable Michael J. McShane, United States District Judge for the District of Oregon, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

1. Because Fish does not "clearly and distinctly" challenge the accuracy-related penalty in

his opening brief, that issue is waived. See *Avila v. L.A. Police Dep't*, 758 F.3d 1096, 1101 (9th Cir. 2014) (citation omitted).

